UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-CV-10061-MOORE/LOUIS

DAVID MARCINIAK AND
LISA MARCINIAK,

 Plaintiffs,

v.

WRIGHT NATIONAL FLOOD INSURANCE
COMPANY,

 Defendant.
_____/

## ORDER

 **THIS CAUSE** came before the Court on Plaintiffs' Counsel's Motion to Withdraw (ECF No. 37). This Motion was referred to the undersigned United States Magistrate Judge by the Honorable Chief Judge, K. Michael Moore (ECF No. 38). Upon consideration of the briefing and the record, and being otherwise fully advised in the premises, the undersigned finds that the Motion should be **GRANTED**.

 Florida Bar Rule 4-1.16 allows an attorney to withdraw from representing a client in certain circumstances, including where "withdrawal can be accomplished without material adverse effect on the interests of the client . . . or other good cause for withdrawal exists." R. Regulating Fla. Bar 4-1.16(b). However, the United States District Court for the Southern District of Florida Local Rule 11.1(D)(3) makes clear that "[n]o attorney shall withdraw the attorney's appearance in any action or proceeding except by leave of court after notice served on the attorney's client and opposing counsel." Here, Plaintiffs' counsel has shown that good cause exists for withdrawing as

1

counsel based on Plaintiffs' refusal to cooperate in the execution of the settlement agreement and general release evidencing the terms of the mediated settlement. Furthermore, the Court finds that neither of the Parties will be prejudiced by the withdrawal as the case has already been dismissed with prejudice (ECF No. 36) and Plaintiffs are able to execute the settlement agreement and release in exchange for an agreed upon sum without the aid of counsel.

Therefore, the Motion is **GRANTED.** Counsel for Plaintiffs, Barry J. Marcus, Esq. and the Law Firm of Glantz & Glantz, P.A., are hereby relieved of all further responsibility as to the Plaintiffs in this action. Any and all further pleadings and correspondence shall be sent to the Plaintiffs at the following address: P. O. Box 500701, Marathon, FL 33050, and/or email addresses: lisa.marciniak@westcare.com; DMarciniak@reyesholdings.com.

**DONE** and **ORDERED** in Chambers in Miami, Florida, this 29th day of December, 2020.

*[signature]*

HON**.** LAUREN LOUIS
UNITED STATES MAGISTRATE JUDGE